# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

T. B. Penick & Sons, Inc.

06-463-C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Craig A. Ramseyer / Katherine M. Green Knudsen

Firm Name: Procopio, Cory, Hargreaves & Savitch

Post Office Box:

Street Address: 530 "B" Street, Suite 2100

City-State-Zip: San Diego, CA 92101

Telephone & Facsimile Numbers: (619) 238-1900 & (619) 235-0398

E-mail address: kmk@procopio.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes (both)
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: G S A

**See attached Sheet for three digit code.**

Amount Claimed: In excess of $2,000,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005