ORIGINAL

FILED
JUN 15 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

T.B. PENICK & SONS, INC.

Plaintiff,

v.

THE UNITED STATES OF AMERICA, GENERAL SERVICE ADMINISTRATION,

Defendant.

Case No.: 06-463-C

**DISCLOSURE STATEMENT PURSUANT TO RCFC RULE 7.1**

Plaintiff T.B. Penick & Sons, Inc. ("Penick") hereby affirms that it has no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: June 14, 2006

By: ______________________

Craig A. Ramseyer
Katherine M. Knudsen
530 B Street, Suite 2100
San Diego California 92101
Telephone (619) 238-1900
Facsimile (619) 235-0398

Attorneys for Plaintiff
T.B. Penick & Sons, Inc.