**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **T.B. PENICK & SONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-463C** |
| | ) | **(Judge Baskir)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 60 days, to and including October 13, 2006, within which to respond to the complaint. Our response is now due on August 14, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that they will not oppose this request for an enlargement of time.

Defendant's counsel timely requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. However, agency counsel informed us on August 4, 2006, that it has not yet been able to obtain the administrative records of the plaintiff’s claims and the contracting officer’s decisions for this matter. Agency counsel indicated that its efforts are hampered because the allegation in the complaint that plaintiff “submitted in excess of 30 separate claim letters to the GSA for additional compensation and time extensions” is not sufficiently detailed to allow the contracting officer to easily locate the files that are the subject of this lawsuit. Defendant’s counsel contacted plaintiff’s counsel about this issue, and plaintiff’s counsel has indicated that they will provide the defendant with a schedule of claim letters so that agency counsel can attempt to locate the relevant files. Defendant’s counsel expects to receive this schedule no later than Wednesday, August 9, 2006.

After receiving the schedule of claim letters from plaintiff’s counsel, agency counsel will then have to compile the administrative record, carefully review each claim allegedly at issue in this litigation, and prepare a litigation report. Upon receipt of the litigation report, defendant's counsel will require time to study it and determine the most appropriate response to the

complaint. Therefore, we anticipate that at least an additional 60 days will be required to prepare our response.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

Attorneys for Defendant

August 7, 2006

**CERTIFICATE OF FILING**

I hereby certify that on August 7, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK