# In the United States Court of Federal Claims

Case No. 06-463C
(Filed: August 10, 2006)

*****************************************************
T.B. PENICK & SONS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's unopposed Motion for a 60-day Enlargement of Time to respond to Complaint filed August 7, 2006, is hereby GRANTED. The Response is due no later than October 13, 2006.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge