IN THE UNITED STATES COURT OF FEDERAL CLAIMS

T.B. PENICK & SONS, INC.

Plaintiff,

v.

THE UNITED STATES OF AMERICA

Defendant.

Case No.: 06-463C
(Judge Baskir)

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), Plaintiff requests an enlargement of time to November 30, 2006, within which to respond to Defendant's Motion for a More Definite Statement. This is our first request for an enlargement of time for this purpose. Defendant's counsel has indicated that they will not oppose this request for an enlargement of time.

Plaintiff is considering amending its Complaint to separately allege each of the claims against the United States as requested in Defendant's Motion for a More Definite Statement. Additional time is required to carefully review each claim to allege in the Amended Complaint. Plaintiff anticipates filing its Amended Complaint within the next 30 days.

For the foregoing reasons, Plaintiff requests that the Court grant this Motion for an Enlargement of Time.

Respectfully Submitted,

DATED: October 30, 2006

By: */s/ Katherine M. Knudsen*

Craig A. Ramseyer
Katherine M. Knudsen
530 B Street, Suite 2100
San Diego California 92101
Telephone: (619) 238-1900
Facsimile (619) 235-0398
Attorneys for Plaintiff
T.B. Penick & Sons, Inc.

**CERTIFICATE OF FILING**

I hereby certify that on October 30, 2006, a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Cory Mandy*
Cory Mandy