# In the United States Court of Federal Claims

Case No. 06-463C
(Filed: October 31, 2006)

***************************************************
T.B. PENICK & SONS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
***************************************************

**ORDER**

Plaintiff's unopposed Motion for a 30-day Enlargement of Time to respond to Defendant's Motion for a More Definite Statement is hereby GRANTED. The Response is due no later than November 30, 2006.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge