**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **T.B. PENICK & SONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-463C** |
| | ) | **(Judge Baskir)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 37 days, to and including January 17, 2007, within which to respond to the amended complaint. Our response is now due on December 11, 2006. This is our first request for an enlargement of time for this purpose; we also requested an extension with respect to the plaintiff’s original complaint, and that request was granted. Counsel for the plaintiff has indicated that they will not oppose this request for an enlargement of time.

Earlier in this case, counsel for the defendant and counsel for the plaintiff agreed that the plaintiff would amend its original complaint to allege, separately and with specificity, each claim for which it seeks damages. The plaintiff filed its amended complaint on November 30, 2006, and alleges 35 separate claims for additional labor, materials, equipment, overhead and/or the return of liquidated damages under Contract No. GS-09P-04KTC-0022. Counsel for the defendant and agency counsel have been working to prepare the defendant’s response to the amended complaint, but it has become apparent that we will need more than the 10 days allowed by Rule 15 of the Rules of the Court of Federal Claims to prepare a response that reflects our considered assessment of each of the plaintiff’s 35 claims. We anticipate that an additional 37 days will allow us to fully prepare our answer to the plaintiff’s amended complaint.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

December 7, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on December 7, 2006, a copy of the foregoing “DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK