# In the United States Court of Federal Claims

Case No. 06-463C
(Filed: December 12, 2006)

*************************************************
T.B. PENICK & SONS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*************************************************

## ORDER

Defendant's unopposed Motion for a 37-day Enlargement of Time filed December 8, 2006, to respond to Plaintiff's Amended Complaint is hereby **GRANTED**. The **Response is due no later than January 17, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge