# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **T.B. PENICK & SONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-463C** |
| | ) | **(Judge Baskir)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 2 days, to and including January 19, 2007, within which to respond to the amended complaint. Our response is now due on January 17, 2007. This is our third request for an enlargement of time for this purpose; all prior requests have been granted for a total of 97 days. Counsel for the plaintiff has indicated that they will not oppose this request for an enlargement of time.

The plaintiff's amended complaint in this case alleges 35 separate claims for additional labor, materials, equipment, overhead and/or the return of liquidated damages under Contract No. GS-09P-04KTC-0022. Both agency counsel and counsel for the defendant have been working to prepare a response to the plaintiff's amended compliant. However, this draft has not yet been fully completed or vetted pursuant to the Department of Justice's internal review procedures. We anticipate that extending the filing deadline by an additional 2 days will allow adequate time to complete and file the response. We also apologize for any inconvenience this delay causes the Court or to the plaintiff.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

January 16, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on January 16, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK