**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| T.B. PENICK & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | No. 06-463C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWER TO AMENDED COMPLAINT**

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. Admits.

4. Admits the allegations contained in paragraph 4 to the extent they are supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. Admits the allegations contained in paragraph 5 to the extent they are supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Admits the allegations contained in paragraph 6 to the extent they are supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Admits that the plaintiff has been paid $7,684,994.00 for its performance under

contract no. GS-09P-04-KTC-0022 (the "Contract") and any applicable contract modifications; otherwise denies the allegations contained the first sentence of paragraph 7. Denies the allegations contained in the second and third sentences of paragraph 7.

8. Denies.

9. Denies the allegation in paragraph 9 that there were "constructive changes" to the Contract. Denies, for a lack of knowledge or information sufficient to form a belief as to their truth, the allegation that TBP "incur[red] additional costs for labor, materials and equipment, overhead, and other associated costs and additional time." Denies any remaining allegations in paragraph 9.

10. Admits that the plaintiff submitted an unspecified number of Requests for Contracting Officer's Final Decision to the defendant; otherwise denies the allegations contained in paragraph 10 for a lack of information sufficient to form a belief as to their truth.

11. The first sentence of paragraph 11 merely introduces the sub-parts of the paragraph, is not an allegation of fact, and therefore no answer is required. To the extent it is deemed an allegation of fact, it is denied.

11(a). The allegations contained in the first and second sentences of paragraph 11(a) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Admits the allegation in the third sentence of paragraph 11(a) that no final decision was issued in response to RFCOFD 1. The remaining allegations contained in the third sentence of paragraph 11(a) constitute conclusions of law which do not require an answer; to the extent they may be deemed allegations of fact, they

are denied.

11(b). The allegations contained in the first and second sentences of paragraph 11(b) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Admits the allegation in the third sentence of paragraph 11(b) that no final decision was issued in response to RFCOFD 2. The remaining allegations contained in the third sentence of paragraph 11(b) constitute conclusions of law which do not require an answer; to the extent they may be deemed allegations of fact, they are denied.

11(c). The allegations contained in the first and second sentences of paragraph 11(c) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Admits the allegation in the third sentence of paragraph 11(c) that no final decision was issued in response to RFCOFD 3. The remaining allegations contained in the third sentence of paragraph 11(c) constitute conclusions of law which do not require an answer; to the extent they may be deemed allegations of fact, they are denied.

11(d). The allegations contained in paragraph 11(d) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations.

11(e). The allegations contained in the first, second, third, fourth, sixth and seventh

sentences of paragraph 11(e) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Denies the allegations contained in the fifth and eighth sentences of paragraph 11(e).

11(f). The allegations contained in paragraph 11(f) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations.

11(g). The allegations contained in paragraph 11(g) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations.

11(h). The allegations contained in the first and second sentences of paragraph 11(h) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Denies the allegations contained in the third, fifth and sixth sentences of paragraph 11(h). Denies the allegations contained in the fourth sentence of paragraph 11(h) for lack of knowledge or information sufficient to form a belief as to their truth.

11(i). The allegations contained in the first, second and fourth sentences of paragraph 11(i) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best

evidence of their contents; otherwise denies such allegations. Denies the allegations contained in the third sentence of paragraph 11(i).

11(j). Admits the allegations contained in the first and fourth sentences of paragraph 11(j) to the extent they are supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in the first and fourth sentences of paragraph 11(j). Admits the allegations contained in the second and third sentences of paragraph 11(j). Denies the allegations in the fifth sentence of paragraph 11(j).

11(k). The allegations contained in paragraph 11(k) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations.

11(l). The allegations contained in paragraph 11(l) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations.

11(m). The allegations contained in paragraph 11(m) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations.

11(n). The allegations contained in paragraph 11(n) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents;

otherwise denies such allegations.

11(o). The allegations contained in paragraph 11(o) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations.

11(p). The allegations contained in the first, second and third sentences of paragraph 11(p) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. The allegations contained in the fourth sentence of paragraph 11(p) constitute conclusions of law and are the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, avers that the plaintiff did not submit a Request for Contracting Officer's Final Decision with respect to the claim alleged in paragraph 11(p) and admits that the contracting officer did not issue a final decision; denies any other allegations contained in the fourth sentence of paragraph 11(p).

11(q). The allegations contained in paragraph 11(q) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations.

11(r). Denies the allegations contained in the first sentence of paragraph 11(r) for lack of knowledge or information sufficient to form a belief as to their truth. The allegations contained in the second and third sentences of paragraph 11(r) are descriptions and/or

characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. The allegations contained in the fourth sentence of paragraph 11(r) constitute conclusions of law and are the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, avers that the plaintiff did not submit a Request for Contracting Officer's Final Decision with respect to the claim alleged in paragraph 11(r) and admits that the contracting officer did not issue a final decision; denies any other allegations contained in the fourth sentence of paragraph 11(r).

11(s). The allegations contained in the first and second sentences of paragraph 11(s) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. The allegations contained in the third sentence of paragraph 11(s) constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, admits that the contracting officer did not issue a final decision, and denies any other allegations contained in the third sentence of paragraph 11(s).

11(t). The allegations contained in paragraph 11(t) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations.

11(u). The allegations contained in the first, third and fourth sentences paragraph 11(u) are descriptions and/or characterizations of certain documents, and the defendant admits such

allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Denies the allegations contained in the second sentence of paragraph 11(u) for lack of knowledge or information sufficient to form a belief as to their truth.

11(v). The allegations contained in the first, second and third sentences of paragraph 11(v) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. The allegations contained in the fourth sentence of paragraph 11(v) constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, avers that the plaintiff never requested a final decision from the contracting officer and admits that the contracting officer did not issue a final decision, and denies any other allegations contained in the fourth sentence of paragraph 11(v).

11(w). The allegations contained in the first, second and third sentences of paragraph 11(w) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. The allegations contained in the fourth sentence of paragraph 11(w) constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, avers that the plaintiff never requested a final decision from the contracting officer and admits that the contracting officer did not issue a final decision, and denies any other allegations contained in the fourth sentence of paragraph 11(w).

11(x). The allegations contained in the first, second and third sentences of paragraph 11(x) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. The allegations contained in the fourth sentence of paragraph 11(x) constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, avers that the plaintiff never requested a final decision from the contracting officer and admits that the contracting officer did not issue a final decision, and denies any other allegations contained in the fourth sentence of paragraph 11(x).

11(y). The allegations contained in the first, second and third sentences of paragraph 11(y) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. The allegations contained in the fourth sentence of paragraph 11(y) constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, avers that the plaintiff never requested a final decision from the contracting officer and admits that the contracting officer did not issue a final decision, and denies any other allegations contained in the fourth sentence of paragraph 11(y).

11(z). The allegations contained in paragraph 11(z) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. The defendant also denies the specific allegation in the

second sentence of paragraph 11(z) that it "never processed" the plaintiff's requests for additional time.

11(aa). The allegations contained in the first sentence of paragraph 11(aa) and sub-paragraphs 11(aa)(i)-(iv) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. The allegations contained in the final sentence of paragraph 11(aa) constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

11(bb). The allegations contained in the first, second, third, fifth and seventh sentences of paragraph 11(bb) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Denies the allegations contained in the fourth sentence of paragraph 11(bb). The allegations contained in the sixth sentence of paragraph 11(bb) constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the eighth sentence of paragraph 11(bb). Denies the allegations contained in the ninth sentence of paragraph 11(bb) for lack of knowledge or information sufficient to form a belief as to their truth.

11(cc). The allegations contained in the first, second, third and fifth sentences of paragraph 11(cc) are descriptions and/or characterizations of certain documents, and the

defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. The allegations contained in the fourth sentence of paragraph 11(cc) constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the sixth sentence of paragraph 11(cc). Denies the allegations contained in the seventh sentence of paragraph 11(cc) for lack of knowledge or information sufficient to form a belief as to their truth.

11(dd). The allegations contained in the first, second, third and fifth sentences of paragraph 11(dd) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. The allegations contained in the fourth sentence of paragraph 11(dd) constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the sixth sentence of paragraph 11(dd). Denies the allegations contained in the seventh sentence of paragraph 11(dd) for lack of knowledge or information sufficient to form a belief as to their truth.

11(ee). The allegations contained in the first and second sentences of paragraph 11(ee) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Denies the allegations contained in the third sentence of paragraph 11(ee). Denies the allegations contained in the fourth sentence

of paragraph 11(ee) for lack of knowledge or information sufficient to form a belief as to their truth.

11(ff). The allegations contained in the first sentence of paragraph 11(ff) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Denies the allegations contained in the second sentence of paragraph 11(ff). Admits the allegations contained in the third sentence of paragraph 11(ff). Denies the allegations contained in the fourth sentence of paragraph 11(ff) for lack of knowledge or information sufficient to form a belief as to their truth.

11(gg). The allegations contained in the first and second sentences of paragraph 11(gg) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Admits the allegations contained in the third sentence of paragraph 11(gg). Denies the allegations contained in the fourth sentence of paragraph 11(gg) for lack of knowledge or information sufficient to form a belief as to their truth.

11(hh). The allegations contained in the first sentence of paragraph 11(hh) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Denies the allegations contained in the second and fourth sentences of paragraph 11(hh) for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the third sentence

of paragraph 11(hh).

11(ii). The allegations contained in the first sentence of paragraph 11(ii) are descriptions and/or characterizations of certain documents, and the defendant admits such allegations to the extent they are supported by the documents described, which are the best evidence of their contents; otherwise denies such allegations. Denies the allegations contained in the second, third and fifth sentences of paragraph 11(ii) for lack of knowledge or information sufficient to form a belief as to their truth. Denies the allegations contained in the fourth sentence of paragraph 11(ii).

12. Denies.

13. Denies.

14. Denies.

15. The allegations contained in paragraph 15 constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

16. The allegations contained in paragraph 16 constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

17. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 16, or to any relief whatsoever.

18. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0170
Fax: (202) 514-8624

OF COUNSEL:
NIRLIP K. SYAN
Assistant Regional Counsel
U.S. General Services Administration

January 19, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on January 19, 2007, a copy of the foregoing "ANSWER TO AMENDED COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK