IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| T.B. PENICK & SONS, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA<br>Defendant. | Case No.: 06-463C<br>(Judge Baskir) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), Plaintiff requests an enlargement of time to March 14, 2007, within which to file the Joint Preliminary Status Report. This is our first request for an enlargement of time for this purpose. Counsel for Defendant has indicated that he will not oppose this request for an enlargement of time.

Counsel for Defendant has been unable to provide his comments and revisions to the draft Joint Preliminary Status Report because he has been out of town. Additional time is required so that the parties may confer on the content of said Report. The parties should be able to accomplish completion of the Report by March 14, 2007.

For the foregoing reasons, Plaintiff requests that the Court grant this Motion for an Enlargement of Time.

Respectfully Submitted,

DATED: March 9, 2007

By: */s/ Katherine M. Knudsen*

Craig A. Ramseyer
Katherine M. Knudsen
530 B Street, Suite 2100
San Diego California 92101
Telephone: (619) 238-1900
Facsimile (619) 235-0398
Attorneys for Plaintiff
T.B. Penick & Sons, Inc.

**CERTIFICATE OF FILING**

I hereby certify that on March 9, 2007, a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Cori Mandy*
Cori Mandy