# In the United States Court of Federal Claims

Case No. 06-463C
(Filed: March 12, 2007)

***************************************************
T.B. PENICK & SONS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
***************************************************

**ORDER**

Plaintiff's unopposed Motion for an Enlargement of Time within which to file the Joint Preliminary Status Report (JPSR) is hereby **GRANTED**. The **JPSR is due no later than March 14, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge