# In the United States Court of Federal Claims

Case No. 06-463C
(Filed: May 7, 2007)

| | |
|---|---|
| T.B. PENICK & SONS, INC., *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The Court intends to schedule a telephonic preliminary status conference (on the record) during the month of June 2007.

Accordingly, it is ORDERED that the parties agree upon at least three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than May 15, 2007**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge