# In the United States Court of Federal Claims

Case No. 06-463C
(Filed: June 18, 2007)

*****************************************************
T.B. PENICK & SONS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The Court held a Preliminary Status Conference in the above-captioned case on June 18, 2007. This order summarizes the results of that conference.

The Parties informed the Court that all claims have now been adjudicated by the Contracting Officer, including the Defendant's claim for liquidated damages. **The Defendant's June 14, 2007, motion for leave to file an amended complaint and counterclaim is hereby GRANTED.** The amended complaint attached as Exhibit A to the Defendant's motion is deemed filed.

The Parties provided the Court with a proposed discovery schedule. Discovery shall proceed as follows:

- June 22, 2007 – Initial Disclosures
- February 28, 2008 – Close of Fact Discovery
- April 15, 2008 – Initial Expert Report Disclosures
- May 28 2008 – Rebuttal Expert Report Disclosures

- June 30, 2008 – Deadline for Expert Depositions

**At the close of fact discovery on February 28, 2008, the Parties shall file a Joint Status Report ("JSR")**. The JSR shall indicate what further proceedings are required in the case, inform the Court of the status of Alternative Dispute Resolution efforts, and suggest a schedule for filing dispositive motions or proceeding to trial. The Parties shall file a copy of the JSR with the designated ADR Judge, Senior Judge Eric G. Bruggink.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge