IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| T.B. PENICK & SONS, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | Electronic Filing<br>Case No.: 06-463-C<br>(Judge Baskir) |

**ANSWER TO COUNTERCLAIM**

Plaintiff T.B. Penick & Sons, Inc. ("TBP") admits, denies, and alleges as follows:

1. Plaintiff admits that it entered into Contract No. GS 09P-04-KTC-0022 with the Defendant; which is a document that speaks for itself as to the terms and conditions. Except as specifically admitted hereto, Plaintiff denies the allegations contained in paragraph 19.

2. Plaintiff denies that allegations contained in paragraph 20.

3. Plaintiff admits that the construction of the Project was not completed by July 8, 2005 as alleged in paragraph 22 (sic).

4. Plaintiff admits that the Contract contained a "Liquidated Damages" provision as alleged in paragraph 21. However, the Contract is a document that speaks for itself as to the terms and conditions. Except as specifically admitted hereto, Plaintiff denies the allegations contained in paragraph 21.

5. Plaintiff denies the allegations contained in paragraph 22.

6. Plaintiff denies the allegations contained in paragraph 23.

7. Plaintiff admits that the contracting officer issued a letter dated March 12, 2007; which is a document that speaks for itself. Except as specifically admitted hereto, Plaintiff

denies the allegations contained in paragraph 24.

8. Plaintiff denies the allegations contained in paragraph 25.

9. Plaintiff denies the allegations contained in paragraph 26.

10. Plaintiff denies the allegations contained in paragraph 27.

WHEREFORE, TBP prays for judgment as follows:

1. For damages in a principal sum in excess of $2,194,000.00 accordingly to proof together with interest thereon pursuant to the Contract Disputes Act;

2. For costs of suit incurred herein; and

3. For such other and further relief as the Court deems just and proper.

DATED: July 9, 2007

By: /s/ Katherine M. Knudsen

Craig A. Ramseyer, Esq.
Katherine M. Knudsen, Esq.
530 B Street, Suite 2100
San Diego California 92101
Telephone (619) 238-1900
Facsimile (619) 235-0398

Attorneys for Plaintiff
T.B. Penick & Sons, Inc.

## CERTIFICATE OF FILING

I hereby certify that on July 9, 2007, a copy of the foregoing "**ANSWER TO COUNTERCLAIM**" was filed electronically. I understand that notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ J. Cori Mandy
J. Cori Mandy