# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| T.B. PENICK & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | No. 06-463C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF ORDER REGARDING INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS AND MATERIALS

Defendant, the United States, respectfully requests that the Court enter the attached proposed "Order Regarding Inadvertently Produced Privileged Documents And Materials." Counsel for the plaintiff, T.B. Penick & Sons, Inc., has authorized us to state that T.B. Penick does not oppose this motion.

Counsel for both parties have been working cooperatively to facilitate the gathering and exchange of a large volume of documents, both from each other and from certain third parties possessing information relevant to this case. The purpose of the proposed order is to expedite these efforts by providing a mechanism for persons to recover inadvertently disclosed privileged documents.

Our motion is made in the interests of justice and judicial economy. We respectfully request that our unopposed motion for entry of the proposed discovery order be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

OF COUNSEL:
NIRLIP K. SYAN
Assistant Regional Counsel
U.S. General Services Administration

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0170
Fax: (202) 514-8624

December 21, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on December 21, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF ORDER REGARDING INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS AND MATERIALS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK