**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| T.B. PENICK & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | No. 06-463C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT MOTION TO AMEND SCHEDULING ORDER</u>**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties jointly and respectfully request the Court to amend the current scheduling order to enlarge all currently scheduled dates by approximately 120 days. This request is necessary because the it has taken more time than originally planned to produce large volumes of documents, both between the parties and from certain third parties with information relevant to this case. We anticipate that this delay in document production will prevent us from completing the remainder of our planned factual discovery by the current deadline of February 28, 2008. Therefore, the parties jointly and respectfully request that the discovery schedule in this case be amended as set forth below.

On June 18, 2007, the Court entered the scheduling order for this action. It sets the various discovery deadlines for this case as follows:

- June 22, 2007 – Initial Disclosures
- February 28, 2008 – Close of Fact Discovery
- April 15, 2008 – Initial Expert Report Disclosures
- May 28 2008 – Rebuttal Expert Report Disclosures
- June 30, 2008 – Deadline for Expert Depositions

For the reasons set forth more fully below, the parties jointly request that the Court amend the foregoing schedule to provide as follows:

- June 22, 2007 – Initial Disclosures
- June 30, 2008 – Close of Fact Discovery
- July 14, 2008 – Initial Expert Report Disclosures
- September 25, 2008 – Rebuttal Expert Report Disclosures
- October 28, 2008 – Deadline for Expert Depositions

Since the Court entered its scheduling order, the parties have obtained document productions from two third parties with information relevant to this case and have served discovery requests upon each other. The Government has not yet been able to respond to the plaintiff's document requests, principally because the volume of responsive documents is large, and it had been stored in several parts and in several different offices throughout California. The parties have agreed that the

Government's production shall be made by January 11, 2008, and the Government is currently unaware of any reason why it cannot meet that deadline. The plaintiff will produce its documents responsive to the Government's request by January 14, 2008.

After the parties' document productions are exchanged, counsel for both parties require time to review the productions and prepare for depositions. While we anticipate being able to begin depositions in the end of February 2008 at the earliest, we are also aware that scheduling difficulties often arise, and we therefore do not anticipate that we will be able to complete the necessary depositions (and thus fact discovery) by the current deadline of February 28, 2008. Additionally, counsel for both parties have obligations in other cases that will limit their ability to focus solely upon discovery in this case between now and the new proposed close of fact discovery. Significantly, plaintiff's counsel has a four-week arbitration scheduled for February and early March, and a two-week trial scheduled for April. Defendant's counsel has a one-week trial in Rivera v. United States, Fed. Cl. No. 05-608, scheduled for the final week of January 2008.

While we intend to continue our efforts to complete fact discovery as

quickly as possible, we believe it is the most prudent course to advise the Court of our view of the situation well in advance of the deadline and respectfully request an amendment to the schedule. We believe the amended schedule we propose will facilitate a more efficient process for completing discovery in this case, that it will benefit both parties, and it will conserve scarce judicial resources.

For these reasons, the parties jointly and respectfully request that the Court's June 18, 2007 scheduling order be amended as follows:

- June 22, 2007 – Initial Disclosures
- June 30, 2008 – Close of Fact Discovery
- July 14, 2008 – Initial Expert Report Disclosures
- September 25, 2008 – Rebuttal Expert Report Disclosures
- October 28, 2008 – Deadline for Expert Depositions

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Katherine M. Knudsen
CRAIG A. RAMSEYER, ESQ.
KATHERINE M. KNUDSEN, ESQ.
530 B Street, Suite 2100
San Diego, California 92101
Tel. (619) 238-1900
Fax. (619) 235-0398

Attorneys for Plaintiff

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax (202) 514-8624

Attorneys for Defendant

December 21, 2007

**CERTIFICATE OF FILING**

I hereby certify that on December 21, 2007, a copy of the foregoing "JOINT MOTION TO AMEND SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK