# In the United States Court of Federal Claims

Case No. 06-463C
(Filed: January 9, 2008)

*****************************************************
T.B. PENICK & SONS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

**ORDER**

The parties' **Joint Motion to Amend Scheduling Order** filed December 21, 2007, is hereby **GRANTED** as follows:

- June 22, 2007 – Initial Disclosures
- June 30, 2008 – Close of Fact Discovery
- July 14, 2008 – Initial Expert Report Disclosures
- September 25, 2008 – Rebuttal Expert Report Disclosures
- October 28, 2008 – Deadline for Expert Depositions

**At the close of fact discovery on June 30, 2008, the parties shall file a Joint Status Report (JSR)**. The JSR shall indicate what further proceedings are required in the case, inform the Court of the status of Alternative Dispute Resolution efforts, and suggest a schedule for filing dispositive motions or proceeding to trial. The parties shall file a copy of the JSR with the designated ADR Judge, Senior Judge Eric G. Bruggink.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir