# In the United States Court of Federal Claims

No. 06-463C Automatic ADR
(Filed: March 5, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
T.B. PENICK & SONS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to Appendix H of the rules of this court, my chambers will place a telephone call to the parties on Friday, March 14, 2008, at 2:00 EDST (11:00 a.m. Pacific). The parties shall execute and submit to my chambers the attached ADR Confidentiality Agreement at their earliest convenience.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Lawrence M. Baskir

# In the United States Court of Federal Claims

No. 06-463C Automatic ADR

* * * * * * * * * * * * * * * * * * * * * * * * *
T.B. PENICK & SONS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ADR CONFIDENTIALITY AGREEMENT

The parties[*/] agree that all ADR proceedings, including statements made and documents prepared by any party, attorney, or other participant, are privileged and shall not be disclosed in any subsequent proceeding or document or construed for any purpose as an admission against interest. However, information and documents not specifically prepared for or revealed in confidence in ADR, and otherwise discoverable and/or admissible, are discoverable and admissible as determined by the trial judge. The parties further agree not to subpoena or seek in any way the oral or written testimony of the ADR judge for any purpose in this or any other proceeding, or to subpoena or seek in any way any materials submitted to the ADR judge during the ADR process for use in this or any other proceeding.

No party shall be bound by anything said or done during ADR proceedings unless a settlement is embodied in a written agreement signed by all parties.

---

[*/]All parties, along with their attorneys, who participate in the ADR proceedings shall sign this agreement.

| | |
|---|---|
| ____________________________ | ____________________________ |
| Plaintiff's Attorney | Defendant's Attorney |
| Address: | Address: |
| Phone No.: | Phone No.: |
| ____________________________ | ____________________________ |
| Party Representative | Agency Representative |
| Address: | Address: |
| Phone No.: | Phone No.: |

____________________________
Date