**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| T.B. PENICK & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | No. 06-463C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the parties jointly and respectfully request the Court to amend the current scheduling order to enlarge all currently scheduled dates by approximately 67 days.[1] This request is necessary because (1) the parties have agreed to conduct a mediation of the plaintiff's 37 claims before Judge Bruggink prior to the close of fact discovery, in an effort to resolve as many claims as possible not only short of trial, but also prior to incurring discovery expenses that would not be necessary if some or all of the claims are settled; (2) that mediation was originally scheduled

---

[1] Our intent is to adjust the close of fact discovery from June 30, 2008, to September 5, 2008, and then make similar adjustments to the remaining dates, as the parties' schedules permit.

for June 2-3, 2008; (3) due to schedule conflicts with the Government's expert witness, the mediation had to be rescheduled for August 11-12, 2008, which falls after the current June 30, 2008 close of fact discovery; and (4) the parties strongly prefer to adhere to their original plan of conducting this mediation prior to the close of fact discovery. Therefore, the parties jointly and respectfully request that the discovery schedule in this case be amended as set forth below.

On June 18, 2007, the Court entered the scheduling order for this action. On January 9, 2008, the Court granted the parties' first motion to amend the schedule. The various discovery deadlines are currently set as follows:

- June 22, 2007: Initial Disclosures
- June 30, 2008: Close of Fact Discovery
- July 14, 2008: Initial Expert Report Disclosures
- September 25, 2008: Rebuttal Expert Report Disclosures
- October 28, 2008: Deadline for Expert Depositions

For the reasons set forth above, the parties jointly request that the Court amend the foregoing schedule to provide as follows:

- June 22, 2007: Initial Disclosures
- September 5, 2008: Close of Fact Discovery
- September 17, 2008: Initial Expert Report Disclosures
- October 3, 2008: Rebuttal Expert Report Disclosures
- November 14, 2008: Deadline for Expert Depositions

As a part of their agreement to mediate this case, the parties desired to reserve a short period for any less-critical fact discovery that might be left in the wake of a mediation that did not resolve all of the plaintiff's claims. Our present request essentially seeks to preserve that short period of post-mediation fact discovery.

The proposals for the dates following the close of fact discovery are designed not only to preserve the length of the original scheduled times, but also to accommodate certain conflicts presented by the calendar of counsel for the defendant. In particular, counsel for the defendant will be unavailable between September 18, 2008, and October 3, 2008, for his wedding and honeymoon.[2] Also, between October 13, 2008, and October 24, 2008, counsel for the defendant is preassigned to bid protest duty, which could result in his sudden inability to conduct expert discovery for

[2] He is currently attempting to make arrangements to have another attorney in his office handle the rebuttal report disclosure deadline.

those two weeks.

Finally, what eventually turned out to be the final draft of this joint motion was prepared by June 6, 2008. However, counsel for the defendant mistakenly understood that plaintiff's counsel had given only partial consent to the draft at that time. This misunderstanding was recently corrected during the deposition of Steven Baker, a former GSA employee who worked upon the contract in dispute in this case, which was held on June 25, 2008, in San Diego, California. Accordingly, we are filing this motion now.

For these reasons, the parties jointly and respectfully request that the Court's June 18, 2007 scheduling order be amended as follows:

- June 22, 2007: Initial Disclosures
- September 5, 2008: Close of Fact Discovery
- September 17, 2008: Initial Expert Report Disclosures
- October 3, 2008: Rebuttal Expert Report Disclosures
- November 14, 2008: Deadline for Expert Depositions

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Craig A. Ramseyer
CRAIG A. RAMSEYER, ESQ.
KATHERINE M. KNUDSEN, ESQ.
530 B Street, Suite 2100
San Diego, California 92101
Tel. (619) 238-1900
Fax. (619) 235-0398

Attorneys for Plaintiff

June 30, 2008

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax (202) 305-7644

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on June 30, 2008, a copy of the foregoing “JOINT MOTION TO AMEND SCHEDULING ORDER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak