# In the United States Court of Federal Claims

Case No. 06-463C
(Filed: July 2, 2008)

****************************************************
T.B. PENICK & SONS, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

**ORDER**

The parties' **Joint Motion to Amend Scheduling Order** (by approximately 67 days) filed June 30, 2008, is hereby **GRANTED** as follows:

- June 22, 2007 – Initial Disclosures
- September 5, 2008 – Close of Fact Discovery
- September 17, 2008 – Initial Expert Report Disclosures
- October 3, 2008 – Rebuttal Expert Report Disclosures
- November 14, 2008 – Deadline for Expert Depositions

**At the close of fact discovery on September 5, 2008, the parties shall file a Joint Status Report (JSR)**. The JSR shall indicate what further proceedings are required in the case, inform the Court of the status of Alternative Dispute Resolution efforts, and suggest a schedule for filing dispositive motions or proceeding to trial. The parties shall file a copy of the JSR with the designated ADR Judge, Senior Judge Eric G. Bruggink.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge