# In the United States Court of Federal Claims

No. 06-463C Automatic ADR
(Filed: September 2, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
T.B. PENICK & SONS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

ADR has proven unsuccessful in this case. Accordingly, the assigned judge is notified that the matter is ready for appropriate pre-trial action. The case is removed from the ADR docket.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Lawrence M. Baskir