# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **T.B. PENICK & SONS, INC.,** | ) | |
| | ) | **Electronic Filing** |
| **Plaintiff,** | ) | |
| | ) | **No. 06-463C** |
| **v.** | ) | |
| | ) | **(Judge Baskir)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's July 2, 2008 scheduling order, the plaintiff, T.B. Penick & Sons, Inc. ("Penick"), and the defendant, the United States, parties hereby jointly and respectfully submit this joint status report.

1. **Further Proceedings Required In The Case.** Discovery must be completed; as described in more detail below, the parties disagree about the precise scope of discovery that must be completed. Absent settlement, this case should proceed to trial. The parties agree that none of the issues remaining in this case may be resolved through dispositive motions.

***Plaintiff's Position Regarding Further Proceedings In This Case.*** Penick objects to the defendant's pending motion to amend the schedule, and will be filing a timely opposition on the grounds that, in Penick's view, the Scheduling Order has been amended twice, Penick has timely

completed all of its fact discovery and the parties have had sufficient time from the filing of the Complaint to meet all deadlines in the current Scheduling Order.

The remaining deadlines under the current schedule order are:

- September 5, 2008 -- Close of Fact Discovery
- September 17, 2008 -- Initial Expert Reports
- October 3, 2008 -- Rebuttal Expert Reports
- November 14, 2008 -- Close of Expert Discovery

Under this schedule and Appendix A to the Rules of the Court of Federal Claims, trial could begin early as late February 2009. Penick is seeking the earliest possible trial date.

***Defendant's Position Regarding Further Proceedings In This Case.*** Regarding the completion of discovery, the defendant has filed a motion to amend the schedule in this case, and has generally requested a three month enlargement of the fact discovery period, as well as an enlargement of the other dates to allow for a reasonable period of expert discovery. The defendant's request to amend the schedule is the third one made in this case.

The schedule amendment that the defendant has requested is:

- December 5, 2008 -- Close of Fact Discovery

- January 9, 2008 -- Initial Expert Report Disclosures
- February 20, 2009 -- Rebuttal Expert Report Disclosures
- April 3, 2008 -- Deadline for Expert Depositions

Under this schedule and Appendix A to the Rules of the Court of Federal Claims, trial could begin during the third quarter of 2009.

2. **Status Of ADR.** Mediation took place in this case on August 11-12, 2008, before Hon. Eric G. Bruggink. This case did not settle. The parties do not anticipate engaging in any further ADR proceedings; however, settlement discussions continue, and the defendant is currently considering whether and what counteroffer it should make to the plaintiff's pending demand.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Katherine M. Knudsen
CRAIG A. RAMSEYER, ESQ.
KATHERINE M. KNUDSEN, ESQ.
530 B Street, Suite 2100
San Diego, California 92101
Tel. (619) 238-1900
Fax. (619) 235-0398

Attorneys for Plaintiff

September 5, 2008

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax (202) 305-7644

Attorneys for Defendant

# CERTIFICATE OF FILING

I hereby certify that on September 5, 2008, a copy of the foregoing "**JOINT STATUS REPORT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak